1
2
3
4
5
6
7



8       UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,        )   Case No.: SACR04-192 JVS
12                     Plaintiff,    )   ORDER OF DETENTION AFTER
                                     )   HEARING
13            vs.                    )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                     )      § 3143(a)]
14   Akin, Aaron Mark                )
                                     )
15                     Defendant.    )

16

17       The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the  Central District of CA  ,
19  for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised
20  release]; and
21       The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24  A.   ☒  The defendant has not met his/her burden of establishing by clear and
25       convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26       3142(b) or (c). This finding is based on  def's conduct in
27   failing to report and absconding from supervision;
28   substance abuse history; outstanding FTA

1
2
3     and/or
4  B.    ☒ The defendant has not met his/her burden of establishing by clear and
5     convincing evidence that he/she is not likely to pose a danger to the safety of any
6     other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7     finding is based on ___criminal history record, incl
8     multiple convs for narcotics and weapons
9     offenses; substance abuse history;
10    prior parole violation___
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14   revocation proceedings.
15
16   DATED: 1/25/08
17                                              ROBERT N. BLOCK
                                                 UNITED STATES MAGISTRATE JUDGE